```
07.LP6576
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------x
CHRISTOPHER ALFERMAN,                    Docket No.
                                         07-CV-6086-LAK
        Plaintiff,

    -against-                            NOTICE OF APPEARANCE

LUCAS RIGGINS, PAULINE H. JENKINS and
DANIEL STEIN,

        Defendants.
-------------------x
```

S I R S :

      PLEASE TAKE NOTICE, that the undersigned hereby appears as attorney(s) for the defendants, LUCAS RIGGINS and PAULINE H. JENKINS and demands that copies of all papers in this action be served upon the undersigned at the address set forth below.

Dated: New York, New York
       October 2, 2007

                                      Yours, etc.

                                      _____/s/_____
                                      William N. Candiloros (0586)
                                      ACITO KLEIN & CANDILOROS, P.C.
                                      Attorneys for Defendants,
                                      LUCAS RIGGINS and
                                      PAULINE H. JENKINS
                                      535 Fifth Avenue
                                      New York, New York  10017
                                      (212) 370-4545

TO:

PETER FERRAIUOLO, ESQ.
Attorney for Plaintiff
160 Broadway, Suite 500
New York, NY 10038
(212) 233-4824

BURATTI, KAPLAN, McCARTHY & McCARTHY
Attorney for Defenant,
DANIEL STEIN
One Executive Blve., Suite 280
Yonkers, NY 10701
(914) 378-3900