UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

Christopher Alemait,

    Plaintiff(s),

v.

Lucas Riggins,

    Defendant(s).

- - - - - - - - - - - - - - - - - - - x

07cv6086
(07-cv-6086 (LAK))

### Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after DECEMBER 21, 2007

2. No amendments to the pleadings will be permitted after DECEMBER 21, 2007

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before DECEMBER 31, 2007

   (b) rebuttal expert witnesses on or before JANUARY 31, 2008

4. All discovery, including any depositions of experts, shall be completed on or before FEBRUARY 29, 2008

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before MARCH 17, 2008

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 10/4/07

                /s/ Lewis A. Kaplan
                Lewis A. Kaplan
                United States District Judge

CONSENTED TO (signatures to follow)

Peter P. Zimroth (PZ-____)
Peter P. Zimroth
Attorney for Plaintiff

(PA-7801)
PHILIP M. AGLIETTI
Attorney for Defendant STEIN