AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF   NEW YORK _____

Christopher Alferman  
       plaintiff  
V.  
Lucas Riggins   defendant

**APPEARANCE**

Case Number: 07 CV 06086

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   PLAINTIFF

I certify that I am admitted to practice in this court.

10/10/2007  
Date

[Signature]  
Signature

PETER P. FERRAIUOLO (PF-1506)  
Print Name                          Bar Number

160 BROADWAY - Suite 500  
Address

NY              NY           10038  
City           State         Zip Code

ph (212) 233-4824  
Phone Number                    Fax Number

FAX - (212) 267-7571