

ACITO KLEIN & CANDILOROS, P.C.

*Attorneys at Law*

574 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10011

(212) 370-4545
FAX #: (212) 983-1867

March 12, 2008

Via Hand Delivery
Honorable Louis A. Kaplan
United States District Court
500 Pearl Street, Room 1310
New York, New York 10007

    RE:  Alferman v. Riggins
         07-CV-6086-LAK

Dear Honorable Sir:

    With the consent and permission of all counsel, it is respectfully requested that the Pre-Trial Order now due on March 17, 2008 be adjourned for 3 weeks to April 7, 2008. This shall allow the parties to continue with their settlement negotiations, which we believe shall ultimately lead to an amicable resolution of this matter.

    On behalf of all parties, Your Honor's anticipated consent is acknowledged and appreciated.

                      Very truly yours,

                      ACITO KLEIN & CANDILOROS, P.C.
                      by: William N. Candiloros

cc.
Via Facsimile @ 212 267-7571
Peter Ferraiuolo, Esq.
Atty for Plaintiff

Via Facsimile @ 914 378-3900
Philip M. Aglietti, Esq.
Attorney for Defendant Stein
07.LP6576

MEMO ENDORSED *Granted*
LEWIS A. KAPLAN, USDJ 3/17/08