**MEMO ENDORSED**

## BURATTI, KAPLAN, McCARTHY & McCARTHY
### ATTORNEYS & COUNSELORS AT LAW
ONE EXECUTIVE BOULEVARD, SUITE 280
YONKERS, NEW YORK 10701

(914) 378-3900
FAX (914) 375-4168
*INCLUSION OF A FAX NUMBER IS NOT CONSENT TO SERVICE BY FACSIMILE*

*Salaried Employees of Progressive Casualty Insurance Company*

JOHN C. BURATTI
JAMES P. McCARTHY
ROBERT F. McCARTHY♦

PHILIP M. AGLIETTI
ALEASE A. BROWN
ROBERT B. BROWN
THOMAS L. CHIOFOLO♦
CATHERINE G. CLEMENT
JUSTIN M. DELAIRE
JEFFREY A. DOMOTO
ALEX FOOKSMAN*
VANESSA A. GOMEZ*†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
♦ALSO ADMITTED IN DISTRICT OF COLUMBIA

HOWARD J. KAPLAN*
- NATIONAL TRAINING & RISK MANAGER -

DEBRA A. KELLMAN
JAMES J. McGUIRE
ROBERT J. PERMUTT*
JULIE M. SHERWOOD†
EDWARD B. SUH*
E. RICHARD VIEIRA
MICHAEL A. ZARKOWER*

April 11, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

Via Hand Delivery
Honorable Louis A. Kaplan
United States District Court
500 Pearl Street, Room 1310
New York, New York 10007

Re:   Alferman v. Riggins, et al.
      07-CV-6086-LAK

Dear Honorable Sir:

With the consent and permission of all counsel, it is respectfully requested that the Pre-Trial Order now due on Monday, April 14, 2008 be adjourned for one week to April 21, 2008.

While the parties have been attempting to settle this matter and in order to minimize legal expense, we request this short adjournment to continue negotiations and reach a settlement.

This adjournment is also being requested due to health reasons and my need for a medical procedure on April 14, 2008.

On behalf of all parties, Your Honor's anticipated consent is acknowledged and appreciated. I apologize for any inconvenience.

Very truly yours,

Philip M. Aglietti
PMA - 7801

PMA:vpm
cc:   via facsimile
      Peter Ferraiuolo, Esq.
      (212) 267-7571

      William N. Candiloros, Esq.
      (212) 983-1867

**MEMO ENDORSED**
Granted
SO ORDERED
LEWIS A. KAPLAN 4/14/08