UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHRISTOPHER ALFERMAN,

                Plaintiff,

    -against-                            07 Civ. 6086 (LAK)

LUCAS RIGGINS, et al.,

                Defendants.
------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The joint pretrial order does not comply with the Court's requirements. A revised joint pretrial order in conformity with those requirements shall be filed on or before May 2, 2008. Some, but not all, of the defects in the document submitted are these.

        1.    The stipulated facts (§ III), contentions (§ IV) and issues to be tried (§ V) are not set out in numbered paragraphs.

        2.    Defendants' exhibits shall be designated with letters, not numbers.

        3.    Witness lists shall include the name of each witness who may be called.

        4.    The relief sought shall be specified as required.

        SO ORDERED.

Dated:       April 24, 2008

                                                        /s/ Lewis A. Kaplan
                                                        Lewis A. Kaplan
                                                      United States District Judge