UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

CHRISTOPHER ALFERMAN
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

LUCAS RIGGINS, PAULINE M. JENKINS and DANIEL STEIN

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

07 Civ. 6086 (LJ) (  )

STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

AUG 29 2008

WHEREAS, plaintiff Christopher Alferman (name) filed a complaint on 4-9-2007 (date)

alleging that Defendants were Negligent and caused injury *(describe, generally, plaintiff's allegations)*, and

WHEREAS, the parties are interested in resolving the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant(s), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Any and all of the claims for damages by plaintiff which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled, as against the named defendant(s), for the sum of *(dollar amount)* $50,000.00 in full satisfaction of all claims for damages, costs, disbursements and legal fees.

3. The check for payment of the sum stated in Paragraph #2, above, shall be drawn to the order of the plaintiff and mailed to him/her at his/her present address c/o Peter P. Ferraiuolo, Esq. 160 Broadway - Suite 500 NY NY 10038

4. In consideration of the payment of the sum stated in Paragraph #2, above, the plaintiff hereby releases each of the named defendant(s) in their individual and official capacities,

Rev. 05/2007                                                    1

and their heirs, executors, administrators and assigns, from any and all claims, liabilities and causes of action related to or arising out of any and all of the events set forth in the Complaint in the above-captioned action. *[If appropriate in a particular case, add paragraph that defendant(s) release the plaintiff, using similar language.]*

5. Nothing in this So Ordered Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by any of the defendants regarding any of the allegations made by the plaintiff in the Complaint.

6. Payment of the amount stated in Paragraph #2, above, will be made within ninety (90) days after the approval of this stipulation by the Court and receipt by defendant's counsel of a copy of the fully executed So Ordered Stipulation of Settlement as entered by the Court. In the event that the aforesaid payment is not made within the ninety (90) day period, interest shall accrue on the outstanding principal balance at the rate set forth in 28 U.S.C. § 1961 beginning on the ninety-first (91) day after receipt by defendant's counsel of a copy of the fully executed So Ordered Stipulation of Settlement.

7. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Settlement.

8. This So Ordered Stipulation of Settlement embodies the entire agreement of the parties in this matter.

_____(PF-1506) Philip Aglietti (PAA 7980) William Candiloros_____
Signature of Plaintiff's Counsel                    Signature of Defendant's Counsel

160 Broadway - Suite 5W       1 Executive Blvd           535 Fifth Ave
Address                        Address

NY NY 10038                    Yonkers, NY 10701         NY NY 10017
City, State & Zip Code         City, State & Zip Code

(212) 233-4824                 (914) 378-3900            (212) 370-4545
Telephone Number               Telephone Number

Dated: 8/28, 2008              Dated: _____, 20___

**SO ORDERED:**

_____
United States District/Magistrate Judge

Dated: New York, New York

       9/2, 2008
      (date)

Rev. 05/2007                            2